IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

---

**CYNTHIA T. HUNT,**

    **Plaintiff,**

**v.**                                                                    Civil Case No. 3:15-cv-0417-SHM

**GOODWILL INDUSTRIES OF**
**MIDDLE TENNESSEE, INC.,**

    **Defendant.**

---

## ORDER OF DISMISSAL

---

The parties have submitted a Joint Stipulation of Dismissal indicating that this matter may be dismissed with prejudice. This case is therefore dismissed in its entirety with prejudice.

It is SO ORDERED this 7th day of February, 2017.

                                                   *s/ Samuel H. Mays, Jr.*
                                                   SAMUEL H. MAYS, JR.
                                                   UNITED STATES DISTRICT JUDGE