# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

Cynthia T. Hunt

                                        Plaintiff,

v.                                                                           Case No.: 3:15−cv−00417

Goodwill Industries of Middle Tennessee, Inc.

                                        Defendant,

## ENTRY OF JUDGMENT

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 2/7/2017 re [40].

                                                                        Keith Throckmorton, Clerk
                                                                       s/ Ann Frantz, Deputy Clerk